# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2022

## NO. 03-22-00220-CV

**University Interscholastic League, Appellant**

**v.**

**Nicholas Cordell Larsen, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
VACATED AND REMANDED ON JOINT MOTION --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on April 13, 2022. The parties have filed a motion to dismiss and remand the case back to the trial court, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; vacates the judgment without regard to the merits, and remands the case to the trial court for rendition of a judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and in the court below.